**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fantasy Aces LP** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **AW Fantasy Aces GP, LLC (Deleware- General Partnership)**<br>**AW Draft Team Fantasy Sports Inc.(inactive, #861796761)**<br>**AW Fantasy Aces Daily Fantasy Sports Corp. (BC),a Canadian Corporation (#884601782)**<br>**AW B.C. Ltd. (BC) A Canadian Limited Partnership (#1049628)**<br>**AW Draft Team Fantasy Sports Limited Partnership (BC) (#819237751)**<br>**AW Draft Team Sports Inc (BC) #819237751**<br>**AW Gamboozle (#808858815)** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2120548** |
| 4. | **Debtor's address** | **Principal place of business**<br>**120 Vantis Dr., Ste 300**<br>**Aliso Viejo, CA 92656**<br>Number, Street, City, State & ZIP Code<br>**Orange**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.fantasyaces.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Fantasy Aces LP** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District ____ When ____ Case number ____

District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor ____ Relationship ____

District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Fantasy Aces LP**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2017**
MM / DD / YYYY

***X*** **/s/ Thomas Frisina**
Signature of authorized representative of debtor

**Thomas Frisina**
Printed name

Title **Chief Executive Officer**

---

**18. Signature of attorney**

***X*** **/s/ Bert Briones**
Signature of attorney for debtor

Date **January 31, 2017**
MM / DD / YYYY

**Bert Briones**
Printed name

**Red Hill Law Group**
Firm name

**38 Corporate Park**
**Suite 31**
**Irvine, CA 92606**
Number, Street, City, State & ZIP Code

Contact phone **714-733-4455**

Email address **bb@redhilllawgroup.com**

Bar number and State

1/31/17 1:02PM

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2017**

X **/s/ Thomas Frisina**
Signature of individual signing on behalf of debtor

**Thomas Frisina**
Printed name

**Chief Executive Officer**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ______________________, California.

**/s/ Thomas Frisina**
**Thomas Frisina**
Signature of Debtor

Date: **January 31, 2017**

______________________

Signature of Joint Debtor

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals **12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **1,822,092.54** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **1,822,092.54** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **222,155.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **59,804.76** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **2,681,860.26** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **2,963,820.02** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$0.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America Fantasy Aces, LLC Operating Account** | **Checking** | **7883** | **$118.52** |
| 3.2. | **Bank of America Fantasy Aces, LLC Players Account** | **Checking** | **7877** | **$2,419.86** |
| 3.3. | **Bank of America Contest Account** | **Checking** | **0888** | **$100.00** |
| 3.4. | **Bank of America Contest Account** | **Checking** | **0875** | **$35.65** |
| 3.5. | **Bank of America Contest Account** | **Checking** | **1105** | **$74.00** |

4. **Other cash equivalents** *(Identify all)*


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number *(If known)*
Name

| | | |
|---|---|---|
| 4.1. | **Pay Pal Account Fantasy Aces, LLC Players Account** | **$791.43** |

5. **Total of Part 1.** **$3,539.46**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Part 2: **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid D&O Insurance up to February 16, 2017** | **$17,122.50** |

9. **Total of Part 2.** **$17,122.50**

Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Part 4: **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Part 7: **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1/31/17 1:02PM

Debtor **Fantasy Aces LP** Case number *(If known)*
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Laptop | $0.00 | Liquidation | $1,430.58 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.** **$1,430.58**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| | Trademark | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **Temporary Permits in New York and Mississippi** | **$0.00** | | **Unknown** |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **User base, including all accompanying site data for said users; platform and source codes, including all passwords and account information; internet domain (fantasyaces.com) including all passwords and account information; socal media handles including all passwords and account information; engineering information, including all design and code documentation; customer support materials, multiple licenses and good will. Also the Mobile Application (replacement value of $300,000)** | **$0.00** | **Comparable sale** | **$1,800,000.00** |

65. **Goodwill**

66. **Total of Part 10.** **$1,800,000.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,539.46** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$17,122.50** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,430.58** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1,800,000.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,822,092.54** | **+** 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$1,822,092.54** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Social Growth Technologies, Inc.** | **$222,155.00** | **$1,800,000.00** |

Creditor's Name: **Social Growth Technologies, Inc.**

**Describe debtor's property that is subject to a lien**

**User base, including all accompanying site data for said users; platform and source codes, including all passwords and account information; internet domain (fantasyaces.com) including all passwords and account information; socal media handl**

Creditor's mailing address:

**c/o Greenbaum Law Group, LLP**
**840 Newport Center Drive, Ste 720**
**Newport Beach, CA 92660**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**08/25/2014**

**Last 4 digits of account number**

**8532**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$222,155.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Bryan Frisina**<br>**120 Vantis Drive #300**<br>**Aliso Viejo, CA 92656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,154.00** | **$12,850.00** |
| | Date or dates debt was incurred<br>**December 2016 to present** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Jamie Bogle**<br>**120 Vantis Drive, Ste 300**<br>**Aliso Viejo, CA 92656** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,592.46** | **$0.00** |
| | Date or dates debt was incurred<br>**December 2016 to present** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 42942 Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

2.3 Priority creditor's name and mailing address
**Marvin L. Smith**
**120 Vantis Drive, Ste 300**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,750.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.4 Priority creditor's name and mailing address
**Michael Olsen**
**120 Vantis Drive, Ste 300**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$16,154.15** **$12,850.00**

Date or dates debt was incurred **December 2016 to present**

Basis for the claim: **Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.5 Priority creditor's name and mailing address
**Trent Frisina**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,154.15** **$12,850.00**

Date or dates debt was incurred **December 2016 to present**

Basis for the claim: **Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Adam Katz**
**384 Maple St., 1A**
**Brooklyn, NY 11225**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Gaming User

Is the claim subject to offset? ■ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
**Adam Sams**
**156 Francis Way**
**Lewisburg, WV 24901**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Gaming User

Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.3 **Nonpriority creditor's name and mailing address**
**AFS IBEX**
**1 Park Plaza, Suite 400**
**Irvine, CA 92614**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,979.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Aj Grant**
**776 26th Ave.**
**Vero Beach, FL 32962**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Alan Slater**
**170 Deerfield Lane North**
**Pleasantville, NY 10570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Alberto Franco**
**2425 S. Oak Hill Dr.**
**Ontario, CA 91761**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Alec Borror**
**854 N Shady Oaks Dr**
**Elgin, IL 60120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Alec Borror**
**854 N Shady Oaks Dr**
**Elgin, IL 60120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Alex Kapacinskas**
**3911 Summer Grove Way N #22**
**Jacksonville, FL 32257**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.10 **Nonpriority creditor's name and mailing address**
**Alex Mitchell**
**4424 Oak Orchard Rd**
**Clay, NY 13041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**American Express**
**P.O. Box 981537**
**El Paso, TX 79998**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2004

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Andrew Bryk**
**1100 Gough St. #11A**
**San Francisco, CA 94109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Andrew Galante**
**15 Halewood Dr**
**Shirley, NY 11467**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**Andrew Groll**
**10609 Emerald Dr**
**Cement City, MI 49233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Andrew Manning**
**1312 Highland St**
**Mount Pleasant, MI 48858**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Andrew Ward**
**663 Brookside Ln**
**Northfield, OH 44067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (*if known*)
Name

**3.17** **Nonpriority creditor's name and mailing address**
**Andrew Ward**
**663 Brookside Lane**
**Northfield, OH 44067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
**Andy Smith**
**2019 Mountain Wind Loop**
**Bryan, TX 77807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
**Angels Radio AM830**
**2000 Gene Autry Way**
**Anaheim, CA 92806**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$64,720.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
**anthony silva**
**15 Walker St Apt 6**
**Medford, MA 02155**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Baxter Capital**
**7008 Via de Amigos**
**Scottsdale, AZ 85258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Investment Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Ben Scherr**
**1305 Rose Ct E**
**Buffalo Grove, IL 60089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Ben Weimer**
**6175 Janice Way**
**Arveda, CO 80004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Benjamin Roberts**<br>**4355 W. Victory**<br>**Meridian, ID 83642**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Bill DeVault**<br>**7438 Pinafore Lane**<br>**Maumee, OH 43537**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Bo Gao**<br>**6417 Whippany Way**<br>**Burke, VA 22015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Brad Jenkins**<br>**11188 Greenridge Drive**<br>**Jerome, MI 49249**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Brad Kullman**<br>**8060 Wolf Path Drive**<br>**Powell, OH 43065**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Brad Owens**<br>**200 E 4th Ave, First Floor East**<br>**Conshohocken, PA 19428**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Brad Tursky**<br>**899 Cotton Grove Rd**<br>**Jackson, TN 38305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.31 **Nonpriority creditor's name and mailing address**
**Brandon Stein**
**301 Dahoen Holly Dr**
**Daytona Beach, FL 32117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Brian Bolwell**
**23220 Chagrin Blvd. Apt. 201**
**Beachwood, OH 44122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Brian Cavers**
**3100 Esperanza Crossing #6250**
**Austin, TX 78758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Brian Shorts**
**153 Brook Lane**
**Daniels, WV 25832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Bryan Allen**
**3904 Tall Oaks Lane**
**Newtown Square, PA 19073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Bryan Frisina**
**120 Vantis Drive, ste 300**
**Aliso Viejo, CA 92656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Loan
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Bryce Warwick**
**1210 Garbo Way #2**
**San Jose, CA 95117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Caleb McGinn**<br>**11047 N 87th W**<br>**Sedgwick, KS 67135**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Caleb McGinn**<br>**11047 N 87th W.**<br>**Sedgwick, KS 67135**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Cameron Thomson**<br>**390 Bay Street, Suite 1706**<br>**Toronto, Canada MSH 2V2**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Investment Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,500.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Casey Ceman**<br>**2987 Maliary Circle #13304**<br>**Kissimmee, FL 34747**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Chris Laskos**<br>**6067 hart st**<br>**East Lansing, MI 48823**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Chris Townsend**<br>**100 Risa Way, Apt 249**<br>**Chico, CA 95973**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Christian Wareikis**<br>**2950 Oakford Rd**<br>**Ardmore, PA 19003**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Christine Moore**<br>**7333 Harrisonwoods Pl**<br>**Charlotte, NC 28270**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Christopher Banks**<br>**10309 N. Revere Ave.**<br>**Kansas City, MO 64154**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Christopher Kaltenbach**<br>**1241 Strassner Dr. Apt 1407**<br>**Brentwood, MO 63144**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Christopher Salmon**<br>**8027 Weeping Willow Ct**<br>**Ft Wayne, IN 46815**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Christopher Wheelock**<br>**512 broad street**<br>**hartford, CT 06106**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Colin Davy**<br>**126 Frisbie Street**<br>**Oakland, CA 94611**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Colin Tan**<br>**2667 45th Ave**<br>**San Francisco, CA 94116**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.52 **Nonpriority creditor's name and mailing address**
**Cory Wu**
**15 Nathan Ave Apt 104**
**Wrightsville Beach, NC 28480**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.53 **Nonpriority creditor's name and mailing address**
**Craig Tucker**
**1720 East Broadway Apt D**
**Columbia, MO 65201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
**Daily Fantasy Cafe**
**5319 University Dr. #175**
**Irvine, CA 92612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,775.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

3.55 **Nonpriority creditor's name and mailing address**
**Daily Fantasy Nerd, LLC**
**469 Kasra Dr.**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

3.56 **Nonpriority creditor's name and mailing address**
**Damion Parker**
**1 Wrencrest Court**
**Blythewood, SC 29016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
**Daniel Bollmann**
**619 Knollwood Dr.**
**Sparta, IL 62286**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
**Daniel Hart**
**826 W Wolfram St. Unit B**
**Chicago, IL 60657**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

1/31/17 1:02PM

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.59 | **Daniel Keys**<br>**1122 University Ave. Apt 311**<br>**Berkeley, CA 94702**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.60 | **Danielle Frisina**<br>**120 Vantis Drive #300**<br>**Aliso Viejo, CA 92656**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Loans<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,100.00** |
| 3.61 | **Dave Zanders**<br>**5785 W. Ohara Ct.**<br>**Boise, ID 83703**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.62 | **David Carruth**<br>**2141 Wyoming Ave NW Apt. 1**<br>**Washington, DC 20008**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.63 | **David Coyle**<br>**3536 W Ohio Ave**<br>**Milwaukee, WI 53215**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.64 | **David Cummings**<br>**628 Woodland Forest Ct.**<br>**Wilmington, NC 28403**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.65 | **David Danushevsky**<br>**1144 S Logan St**<br>**Denver, CO 80210**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

**3.66** **Nonpriority creditor's name and mailing address**
**David Lerman**
**3224 Ayr Lane**
**Dresher, PA 19025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** **Nonpriority creditor's name and mailing address**
**David Mark**
**1728 Violet Pl**
**Middleton, WI 53562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**
**David Winkler**
**608 South Matanzas AV**
**Tampa, FL 33609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**
**Derek Partridge**
**132 Deer Run Drive**
**Alabaster, AL 35007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**
**Devin Frank**
**20021 Fulkert Rd**
**Genoa, OH 43430**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**
**DLA Piper Canada LLP**
**#1000 Livingston Place West**
**250 2nd St SW**
**Calgary, AB T2P 0C1**
**Calgary Canada**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**
**Dominic McDaid**
**3 Roberts Loop**
**Cascade, ID 83611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

**3.73** **Nonpriority creditor's name and mailing address**
**Earl Mitchell**
**6211 Manor Rd.**
**Austin, TX 78723**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
**Encore Offices, LLC**
**120 Vantis, Suite 300**
**Aliso Viejo, CA 92656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,264.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**
**Eric Chan**
**10159 lodestone way**
**parker, CO 80134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**
**Eric Ruh**
**7045 Shane Lane**
**Cumming, GA 30028**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**
**Erik Wardenburg**
**1037 Waverley St.**
**Palo Alto, CA 94301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
**Fantasy Alarm**
**419 main st #130**
**Huntington Beach, CA 92648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
**Fantasy Alarm**
**420 main st #130**
**Huntington Beach, CA 92648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$116,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.80 **Nonpriority creditor's name and mailing address**
**Frank Ambrosio**
**213 Braxcarr St**
**Holly Springs, NC 27540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Frank De La Rosa**
**7871 Santa Monica Ave**
**Stanton, CA 90680**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Genaro Yoguez**
**2841 S. Virginia Pl**
**Ontario, CA 91761**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**
**Gerard Rosetti**
**1165 Bryn Mawr Dr**
**Yuba City, CA 95993**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Gerard Rosetti**
**1165 Bryn Mawr Dr**
**Yuba City, CA 95993**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**grant neiffer**
**5768 aldama st. apt 203**
**los angeles, CA 90042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Greg Ehrenberg**
**4 Meadow Drive**
**Warren, NJ 07059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.87 **Nonpriority creditor's name and mailing address**
**Gregory Czechowicz**
**1605 Amyclae Drive**
**Bel Air, MD 21015**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Harvey Harris**
**14 Ruby Court**
**Newtown, PA 18940**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**Helen Mosby**
**8048 Rail Road Ave.**
**Comumbia, SC 29203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.90 **Nonpriority creditor's name and mailing address**
**Jared Terry**
**1323 Jackson Street Apt 607**
**Omaha, NE 68102**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Jason Baumgardner**
**1727 E 1st Street**
**Long Beach, CA 90802**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Jason Eliot**
**97 Gloucester Ave**
**Gloucester, MA 01930**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Jason Fandrich**
**8211 Hamden Circle E**
**Jacksonville, FL 32244**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.94 **Nonpriority creditor's name and mailing address**
**Jason Lim**
**1104 milky way**
**Cupertino, CA 95014-5009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Jason Rosol**
**221 Cypress Hill Dr**
**Pittsburgh, PA 15235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Jason Terryn**
**1018 N Beechwood Dr**
**Ludington, MI 49431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
**Jason Tovar**
**6220 Echo St.**
**Los Angeles, CA 90042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**Jason Westby**
**1718 4th Ave E**
**West Fargo, ND 58078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**Jeff Matthews**
**1841 N. Riley**
**Indianapolis, IN 46218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**Jeff Pasquino**
**7630 Bluff Point Lane**
**Elkridge, MD 21075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.101 **Nonpriority creditor's name and mailing address**
**Jeffrey Rapaport**
**29 Longridge Court**
**Buffalo Grove, IL 60089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
**Jibin Park**
**5598 Elsinore Ave.**
**Buena Park, CA 90621**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.103 **Nonpriority creditor's name and mailing address**
**Joe Cupp**
**5314 Streefkerk Dr**
**Warren, MI 48092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.104 **Nonpriority creditor's name and mailing address**
**John Apricena**
**103 Stevens Ave**
**Little Fills, NJ 07424**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**John Lauer**
**26 Lost Valley Court**
**Saint Peters, MO 63376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**John Onorato**
**1612 72 street**
**brooklyn, NY 11204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**John Robinson**
**150 E. Queenwood B8**
**Morton, IL 61550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.108 **Nonpriority creditor's name and mailing address**
**John Wolfe**
**19506 Waverunner Lane #201**
**Cornelius, NC 28031**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Jonathan Marciani**
**7 Bartholf Lane**
**Mahwah, NJ 07430**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Jordan Ciccarello**
**1846 W School Street Apt. Rear**
**Chicago, IL 60657**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
**Jordan Stroschein**
**S23W22852 Hinsdale RD**
**Waukesha, WI 53186**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**Jordan Wirth-Davis**
**819 Millwood Ave.**
**Roseville, MN 55113**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**Josh Harden**
**510 Valley View Dr.**
**Philo, Il 61864**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Justin Carpenter**
**101 Portico Court 101**
**coeur d alene, ID 83815**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

**3.115** **Nonpriority creditor's name and mailing address**
**Justin Hume**
**135 Atlantic Ave Apt 7**
**BROOKLYN, NY 11201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**
**Justin Hume**
**135 Atlantic Ave, Apt 7**
**Brooklyn, NY 11201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** **Nonpriority creditor's name and mailing address**
**Justin Van Zuiden**
**2110 E 39th Street**
**Sterling, IL 61081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
**Kelly Resner**
**250 Edwards Drive, Unit 158**
**Edminton, Canada 16X TGT**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
**Kendall, Koenig, & Oelsner**
**999 Eighteenth Street, Suite 1825**
**Denver, CO 80202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,570.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
**Kenneth Atwood**
**2708 Spencers trce NE**
**Marietta, GA 30062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**
**Kevin Joerger**
**100 S 19th St, Apt 1225**
**Omaha, NE 68102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.122 **Nonpriority creditor's name and mailing address**
**Kevin Mount**
**834 W. Lafayette Street**
**Eston, PA 18042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.123 **Nonpriority creditor's name and mailing address**
**Kevin OBrien**
**122 Sterling Ave**
**Yonkers, NY 10704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.124 **Nonpriority creditor's name and mailing address**
**Kevin Segalla**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Investor Loan
Is the claim subject to offset? ■ No ☐ Yes

---

3.125 **Nonpriority creditor's name and mailing address**
**Kristen Belaire**
**1110 A Church St.**
**Mobile, AL 36604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.126 **Nonpriority creditor's name and mailing address**
**Kurt Ritz**
**707 Sheila Dr**
**Cedar Park, TX 78613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.127 **Nonpriority creditor's name and mailing address**
**Lance Shull**
**408 Cedar Hill Lane**
**Raleigh, NC 27609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**
**lance shull**
**408 Cedar Hill Lane**
**Raleigh, NC 27609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.129 **Nonpriority creditor's name and mailing address**
**larry reese**
**18712 Fontana street**
**Columbus, MN 55092**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**
**Lucas Le**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Investor Loan
Is the claim subject to offset? ■ No ☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**
**Marco Tomasello**
**8000 Uptown Avenue Apt 3120**
**Broomfield, CO 80021**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.132 **Nonpriority creditor's name and mailing address**
**Marco Tomasello**
**10423 Golf Course Rd**
**Ocean City, MD 21842**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.133 **Nonpriority creditor's name and mailing address**
**Mario Puig**
**314 North Ingersoll #2**
**Madison, WI 53703**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.134 **Nonpriority creditor's name and mailing address**
**Mark Marseilles**
**2296 Bear Rock Gln**
**Escondido, CA 92026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---

3.135 **Nonpriority creditor's name and mailing address**
**Mark Marseilles**
**2296 Bear Rock Glen**
**Escondido, CA 92026**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.136 **Nonpriority creditor's name and mailing address**
**Mark Somers**
**3A Clark St**
**Somerville, MA 02143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**Mark Williams**
**2726 Sunshade Ct.**
**Pearland, TX 77584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**matt bell**
**15 Melber Rd**
**Hickory, KY 42051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.139 **Nonpriority creditor's name and mailing address**
**matt bell**
**15 Melber Rd**
**Hickory, KY 42051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Matt Pierce**
**2630 Glenny Lane**
**West Mifflin, PA 15122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Matt Rolder**
**29272 Brody Avenue**
**Westland, MI 48185**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Matt Sizemore**
**2718 Gaspar Ct.**
**Palo Alto, CA 94306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.143 **Nonpriority creditor's name and mailing address**
**matt weaver**
**7474 Tanglewood Rd**
**Richmond, VA 23225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Matthew Stubblefield**
**112 Glenbrook**
**Calera, OK 74730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Mehul Patel**
**27 Harvard Rd**
**Parlin, NJ 08859**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
**Mel Clifford**
**7383 Meadow Grass Ct S**
**Cottage Grove, MN 55016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Melissa Payzant**
**72 Pleasant Hill Rd.**
**Rfreeport, ME 04032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**Michael Franz**
**2400 Webberville Rd. Unit 1**
**Austin, TX 78702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Michael Hicks**
**1133 Sinclair St**
**Fort Wayne, IN 46808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.150 **Nonpriority creditor's name and mailing address**
**Michael Keller**
**9100 Westminster**
**Aubrey, TX 76227**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**Michael Kurtz**
**400 W Snyder St**
**Selinsgrove, PA 17870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**Michael McIlraith**
**11109 Otsego St. Apt 104**
**North Hollywood, CA 91601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.153 **Nonpriority creditor's name and mailing address**
**michael Wolf**
**805 SE 3rd Ave. #1011**
**Ft Lauderdale, FL 33316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**Mike O'Bryan**
**803 6th Street South**
**Virginia, MN 55792**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**Mike Rael**
**18504 beach blvd #643**
**Huntington Beach, CA 92648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,430.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Investor Expense Reimbursement
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**Mitchell Snyder**
**13257 Fieldstone Rd.**
**Fort Worth, TX 76244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.157 **Nonpriority creditor's name and mailing address**
**MPN CPA Firm**
**Attn: Rob Reimer**
**1500 640 5th Avenue SW**
**Calgary, AB T2P 3G4**
**Calgary, Canada**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Auditing Services
Is the claim subject to offset? ■ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
**Newman Law LLC**
**365 E Pilot Rd, Suite D**
**Las Vegas, NV 89119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,140.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Services
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**Nicholas Crepas**
**449 East Arenas Road Apt. 201**
**Palm Springs, CA 92262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
**Nicholas Ham**
**36 Walnut St**
**West Bridgewater, MA 02379**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Nicholas Hoberg**
**64 Moreland Ave SE**
**Atlana, GA 30316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Nicholas Tasso**
**25 Toppa Blvd**
**Newport, RI 02840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Nolan katz**
**132 Penn Ave**
**Staten Island, NY 10306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.164 **Nonpriority creditor's name and mailing address**
**Patrick Chance**
**9667 Knight Lane**
**Frisco, TX 75035**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**Patrick Wallace**
**13316 East Lane**
**Saint Louis, MO 63128**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Peter Miceli**
**1007 Pine View**
**New Windsor, NY 12553**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
**Philip Rose**
**485 NW Dover Ct.**
**Port St. Lucre, FL 34983**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**Rahim Damji**
**120 Towne Street, Apt. 461**
**Stamford, CT 06902**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Raymond Reper**
**75 Robbins Road**
**Branchburg, NJ 08876**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Real NFL Online Marketing**
**1 Kingsgate Cres.**
**Etobicoke, On, Canada M9P 3E2**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,984.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.171 **Nonpriority creditor's name and mailing address**
**RiCal - Roto Grinders**
**209 10th Ave S, Unit 301**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$180,425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Robert Coppola**
**50 Washington Ave**
**Mastic Beach, NY 11951**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
**Robert McGeehan**
**142 Boston St #2**
**Boston, MA 02125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.174 **Nonpriority creditor's name and mailing address**
**Robet Poe**
**2826 Kavalicy Drive**
**Palm Harber, FL 34684**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
**Rodney Matthews**
**5619 WENLOCK STREET**
**LOS ANGELES, CA 90016**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
**Ron Hallagan**
**1207 Chateau Drive**
**San Jose, CA 95120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
**Ron Neach**
**119 Glen Ct**
**Danville, CA 94526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**Roto Baller**<br>**20 Whitman Road**<br>**Great Neck, NY 11023**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Marketing<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,075.00** |
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**Roto Grid, LLC**<br>**132 W 31st Street, 8th Floor**<br>**New York, NY 10001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Marketing<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.180 | **Nonpriority creditor's name and mailing address**<br>**Roto Sports Inc.**<br>**740 Regent St. Suite 200**<br>**Madison, WI 53715**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Marketing<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,720.00** |
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**Ryan DeMoor**<br>**2286 Granite St. SE**<br>**Grand Rapids, MI 49508**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**Ryan Moyer**<br>**201 Middle Park Dr**<br>**Souderton, PA 18967**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**Ryan Scott**<br>**1331 Colonial Lane**<br>**Bryan, OH 43506**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**Ryan Yahrmatter**<br>**2804 Murray Hil Pike**<br>**Louisville, KY 40242**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Gaming User<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.185 **Nonpriority creditor's name and mailing address**
**Saritasa**
**20411 Birch St., Suite 330,**
**Newport Beach, CA 92660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,381.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** App Services
Is the claim subject to offset? ■ No ☐ Yes

3.186 **Nonpriority creditor's name and mailing address**
**Scott Shapiro**
**9203 City Lights Drive**
**Aliso Viejo, CA 92656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.187 **Nonpriority creditor's name and mailing address**
**Sean Koerner**
**2249 W Paseo Del Mar**
**San Pedro, CA 90732**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.188 **Nonpriority creditor's name and mailing address**
**Shelby Groh**
**1500 NE Bluff Street**
**Lees Swmmit, MD 64086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
**Small Business Law Group**
**9110 Irvine Center Drive**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$525.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Legal Services
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
**Small Cap Power**
**1700 333 Bay Street**
**Bay Adelaide Centre Toronto**
**Date(s) debt was incurred** _
**Last 4 digits of account number** Ontario

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Marketing
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
**Spencer Limbach**
**8930 Berg Dr**
**Lincoln, NE 68505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.192 **Nonpriority creditor's name and mailing address**
**Stephen Doherty**
**16 Cutler Road**
**Andover, MA 01810**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
**Stephen Young**
**914 Marlboro Dr.**
**Deland, FL 32720**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.194 **Nonpriority creditor's name and mailing address**
**Steve Buzzard**
**14 Crawford LN**
**Lakewood, NY 14750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.195 **Nonpriority creditor's name and mailing address**
**Steve Repsold**
**3510 SW 30th Way Apt 159**
**Gainesville, FL 32608**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
**Thad Houston**
**16209 Blackpool Court**
**Huntersville, NC 28078**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
**Theo Tran**
**2207 Spanish Ct**
**San Jose, CA 95121**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
**Thomas Crowley**
**322 S Davie St, apt. 302**
**Greensburo, NC 27401**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

**3.199** **Nonpriority creditor's name and mailing address**
**Thomas Frisina**
**120 Vantis Drive, Ste 300**
**Aliso Viejo, CA 92656**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$398,437.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loans**
Is the claim subject to offset? ■ No ☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**
**Thomas Tangtiphaiboontana**
**23 Rushmore Dr**
**Florham Park, NJ 07932**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Gaming User**
Is the claim subject to offset? ■ No ☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**
**Tim O'Keefe**
**13 Aston Ct**
**Aston, PA 19014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Gaming User**
Is the claim subject to offset? ■ No ☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**
**Timothy Eshleman**
**12350 Howard Lodge Drive**
**Sykesville, MD 21784**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Gaming User**
Is the claim subject to offset? ■ No ☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**
**Timothy Evans**
**8555 Sutton Rd**
**Britton, MI 49229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Gaming User**
Is the claim subject to offset? ■ No ☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**
**Tony Eddy**
**9799 Fiddleck Ct**
**Elk Grove, CA 95757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Gaming User**
Is the claim subject to offset? ■ No ☐ Yes

**3.205** **Nonpriority creditor's name and mailing address**
**Various User Accounts**
**Most Addresses Unknown**
**Data Pending**
**Date(s) debt was incurred** **1/27/17**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,301,907.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Various Gaming User Accounts (Deposits held in individual user accounts for which complete data not available at this time. Debtor will amend when data is available. Users listed herein as Unknown Claim Amount. Amendment Forthcoming.**
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

3.206 **Nonpriority creditor's name and mailing address**
**Warren Slickers**
**109 Larkspur Dr**
**Quaryville, PA 17566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.207 **Nonpriority creditor's name and mailing address**
**William Bartholmey**
**5608 N. Walnut Rd.**
**North Little Rock, AR 72116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.208 **Nonpriority creditor's name and mailing address**
**William Crane**
**9144 Woodthrush Cir**
**Sandy, UT 84093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.209 **Nonpriority creditor's name and mailing address**
**William Lauterbach**
**15425 Glenhurst**
**Southgate, MI 48195**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**William Marseilles**
**833 Twin Hills Dr.**
**Banning, CA 92220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**William Sherer**
**812 Carpenter Ave, Apt 1N**
**Oak Park, IL 60304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**William Wightman**
**52 Dana Ave**
**Hyde Park, MA 02136**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Gaming User
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express Centurion Bank**<br>**4315 South 2700 West**<br>**Mail Code 02-01-66**<br>**Salt Lake City, UT 84184** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **59,804.76** |
| **5b. Total claims from Part 2** | 5b. + | $ **2,681,860.26** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **2,741,665.02** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commerical Office Lease ($2,700 per month)** | **Encore Office Systems**<br>**120 Vantis, Ste 300**<br>**Aliso Viejo, CA 92656** |
| State the term remaining | **3 Months** | |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bryan Frisina** | **51 Mallorn**<br>**Aliso Viejo, CA 92656** | **Lucas Le** | ☐ D<br>■ E/F **3.130**<br>☐ G |
| 2.2 | **Thomas Frisina** | **396 Woodley Road**<br>**Montecito, CA 93108** | **American Express** | ☐ D<br>■ E/F **3.11**<br>☐ G |
| 2.3 | **Thomas Frisina** | **396 Woodley Road**<br>**Montecito, CA 93108** | **Lucas Le** | ☐ D<br>■ E/F **3.130**<br>☐ G |
| 2.4 | **Trent Frisina** | **7 Mayfair**<br>**Aliso Viejo, CA 92656** | **Lucas Le** | ☐ D<br>■ E/F **3.130**<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Fantasy Aces LP**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,746,155.23** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$576,583.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Thomas Frisina<br>120 Vantis Drive, Ste 300<br>Aliso Viejo, CA 92656<br>Chief Executive Officer** | **April 2016** | **$0.00** | **Thomas received stock as a partial repayment for a loan to debtor. Teh value of the stock at the time was $350,000.00 but there is no value as of today.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Social Growth Technologies, Inc. vs. Fantasy Aces, LLC and Fantasy Aces Daily Sport Corp.<br>30-2016-00828532** | **Breach of Contract** | **Superior Court of California<br>County of Orange<br>700 Civic Center Drive West<br>Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Red Hill Law Group**<br>**38 Corporate Park, Ste 31**<br>**Irvine, CA 92606** | **An additional $500.00 was deposited with Red Hill Law Group for expenses of which $335 is for the filing fee. REFERRAL FEE: Client understands and agrees that a referral fee shall be paid to The Law Offices of Mark H. Shafer and Associates. This referral fee shall be at a maximum of 25% of funds earned and paid. Mark H. Shafer has also assisted in the case.** | **January 13, 2017** | **$10,000.00** |

**Email or website address**
**bb@redhilllawgroup.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**First and last name, email address, street addreses and state of residency.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Michael Olsen**<br>**120 Vantis Drive, Ste 300**<br>**Aliso Viejo, CA 92656** | **June 1, 2015 to January 23, 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Moss Adams, LP**<br>**2040 Main Street, #900**<br>**Irvine, CA 92614** | **2014 to 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Michael Olsen**<br>**120 Vantis Drive, Ste 300**<br>**Aliso Viejo, CA 92656** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Preakness Management Ltd.**<br>**750 West Pender Street, Ste 303**<br>**Vancouver, BC V6C2T7** |
| 26d.2. | **Computershare**<br>**100 University Avenue, 8th Floor**<br>**Toronto, ON M5J2Y1** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Frisina | 120 Vantis Drive, Ste 300<br>Aliso Viejo, CA 92656 | Chief Executive Officer | 15% |
| Bryan Frisina | 120 Vantis Drive, ste 300<br>Aliso Viejo, CA 92656 | Vice President Operations | 4% |
| Michael Olsen | 120 Vantis Drive, Ste 300<br>Aliso Viejo, CA 92656 | Chief Financial Officer | Less than 1% |
| Nick Khun | 425 Broadway Apt 311<br>Santa Monica, CA 90401 | Chief Technical Officer | Zero Percent |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dave Anthony | | Director<br>2% Interest | October 2, 2015 to August 2016 Dave Anthony was previosly with the company when the current CEO took over in October 2015 |
| Thomas Cipolla | 931 Finovino Court<br>Pleasanton, CA 94566 | Director<br>Less than 1% | July 2016 to January 2017 |
| Robert Gates | 366 Woodley Rd<br>Santa Barbara, CA 93108 | Director<br>No ownership interest | December 2016 to January 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fantasy Aces LP** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bryan Frisina**<br>**51 Mallorn**<br>**Aliso Viejo, CA 92656**<br>Relationship to debtor<br>**Chief Operating Officer** | **$50,000.00** | **2016** | **Annual Salary** |
| 30.2. | **Michael Olsen, CFO**<br>**32 Arboretum**<br>**Irvine, CA 92620**<br>Relationship to debtor<br>**Chief Financial Officer** | **$50,000.00** | **2016** | **Annual Salary** |
| 30.3. | **Trent Frisina**<br>**120 Vantis Drive, Ste 300**<br>**Aliso Viejo, CA 92656**<br>Relationship to debtor<br>**Employee** | **$50,000.00** | **2016** | **Salary** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Fantasy Aces Daily Sports Corp** | **EIN:** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2017**

***/s/* Thomas Frisina**
Signature of individual signing on behalf of the debtor

**Thomas Frisina**
Printed name

Position or relationship to debtor **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re **Fantasy Aces LP** Case No. ____

Debtor(s) Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. $**335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **REFERRAL FEE: Client understands and agrees that a referral fee shall be paid to The Law Offices of Mark H. Shafer and Associates. This referral fee shall be at a maximum of 25% of funds earned and paid. Mark Shafer has assisted counsel in the case**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Notwithstanding the term "all aspects of the bankruptcy case" by this form (which cannot be edited), the services to be provided for the flat fee quoted in the retainer agreement shall be limited solely to planning the case, preparation of the filing and schedules (including the inital Chapter 13 plan, if applicable), providing documentation to the trustee, and representation at the creditor's meeting. If additional issues should arise beyond the foregoing, that work shall be the subject of a separate agreement with client.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any work by the attorney and staff beyond the specific tasks described above that are covered by the flat fee. Work beyond that shall be the subject of a separate agreement with the client. Furthermore, the agreement does not include representation of the debtor(s) in matters outside the usual bankruptcy including, but not limited to, any matter involving a court appearance, such as a reaffirmation hearing, dischargeablilty action, judicial lien avoidance, motions for redemption, relief from stay actions or any other adversary proceeding unless agreed in writing with the client.**

In re **Fantasy Aces LP** Case No. ______
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 31, 2017**
*Date*

**/s/ Bert Briones**
**Bert Briones**
*Signature of Attorney*
**Red Hill Law Group**
**38 Corporate Park**
**Suite 31**
**Irvine, CA 92606**
**714-733-4455 Fax: 714-464-4627**
**bb@redhilllawgroup.com**
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 

1/31/17 1:02PM

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Bert Briones**<br>**38 Corporate Park**<br>**Suite 31**<br>**Irvine, CA 92606**<br>**714-733-4455 Fax: 714-464-4627**<br>California State Bar Number:<br>**bb@redhilllawgroup.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Fantasy Aces LP** | CASE NO.:<br>CHAPTER: **7** |
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **29** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **January 31, 2017** — **/s/ Thomas Frisina**
Siganture of Debtor 1

Date: ______ — ______
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **January 31, 2017** — **/s/ Bert Briones**
Signature of Attorney for Debtor (if applicable)

Fantasy Aces LP
120 Vantis Dr., Ste 300
Aliso Viejo, CA 92656

Bert Briones
Red Hill Law Group
38 Corporate Park
Suite 31
Irvine, CA 92606

Adam Katz
384 Maple St., 1A
Brooklyn, NY 11225

Adam Sams
156 Francis Way
Lewisburg, WV 24901

AFS IBEX
1 Park Plaza, Suite 400
Irvine, CA 92614

Aj Grant
776 26th Ave.
Vero Beach, FL 32962

Alan Slater
170 Deerfield Lane North
Pleasantville, NY 10570

Alberto Franco
2425 S. Oak Hill Dr.
Ontario, CA 91761

Alec Borror
854 N Shady Oaks Dr
Elgin, IL 60120

Alex Kapacinskas
3911 Summer Grove Way N #22
Jacksonville, FL 32257

Alex Mitchell
4424 Oak Orchard Rd
Clay, NY 13041

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Centurion Bank
4315 South 2700 West
Mail Code 02-01-66
Salt Lake City, UT 84184

Andrew Bryk
1100 Gough St. #11A
San Francisco, CA 94109

Andrew Galante
15 Halewood Dr
Shirley, NY 11467

Andrew Groll
10609 Emerald Dr
Cement City, MI 49233

Andrew Manning
1312 Highland St
Mount Pleasant, MI 48858

Andrew Ward
663 Brookside Ln
Northfield, OH 44067

Andrew Ward
663 Brookside Lane
Northfield, OH 44067

Andy Smith
2019 Mountain Wind Loop
Bryan, TX 77807

Angels Radio AM830
2000 Gene Autry Way
Anaheim, CA 92806

anthony silva
15 Walker St Apt 6
Medford, MA 02155

Baxter Capital
7008 Via de Amigos
Scottsdale, AZ 85258

Ben Scherr
1305 Rose Ct E
Buffalo Grove, IL 60089

Ben Weimer
6175 Janice Way
Arveda, CO 80004

Benjamin Roberts
4355 W. Victory
Meridian, ID 83642

Bill DeVault
7438 Pinafore Lane
Maumee, OH 43537

Bo Gao
6417 Whippany Way
Burke, VA 22015

Brad Fischer
New York State Gaming Commission
1 Broadway Center
Schenectady, NY 12305

Brad Jenkins
11188 Greenridge Drive
Jerome, MI 49249

Brad Kullman
8060 Wolf Path Drive
Powell, OH 43065

Brad Owens
200 E 4th Ave, First Floor East
Conshohocken, PA 19428

Brad Tursky
899 Cotton Grove Rd
Jackson, TN 38305

Brandon Stein
301 Dahoen Holly Dr
Daytona Beach, FL 32117

Brian Bolwell
23220 Chagrin Blvd. Apt. 201
Beachwood, OH 44122

Brian Cavers
3100 Esperanza Crossing #6250
Austin, TX 78758

Brian Shorts
153 Brook Lane
Daniels, WV 25832

Bryan Allen
3904 Tall Oaks Lane
Newtown Square, PA 19073

Bryan Frisina
120 Vantis Drive, ste 300
Aliso Viejo, CA 92656

Bryan Frisina
120 Vantis Drive #300
Aliso Viejo, CA 92656

Bryan Frisina
51 Mallorn
Aliso Viejo, CA 92656

Bryce Warwick
1210 Garbo Way #2
San Jose, CA 95117

Caleb McGinn
11047 N 87th W
Sedgwick, KS 67135

Caleb McGinn
11047 N 87th W.
Sedgwick, KS 67135

Cameron Thomson
390 Bay Street, Suite 1706
Toronto, Canada MSH 2V2

Canadian Securities Exchange
CNSX Markets Inc
220 Bay Street, 9th Floor
Toronto, Ontario, M5J 2W4
Toronto, Canada

Casey Ceman
2987 Maliary Circle #13304
Kissimmee, FL 34747

Chris Laskos
6067 hart st
East Lansing, MI 48823

Chris Townsend
100 Risa Way, Apt 249
Chico, CA 95973

Christian Wareikis
2950 Oakford Rd
Ardmore, PA 19003

Christine Moore
7333 Harrisonwoods Pl
Charlotte, NC 28270

Christopher Banks
10309 N. Revere Ave.
Kansas City, MO 64154

Christopher Kaltenbach
1241 Strassner Dr. Apt 1407
Brentwood, MO 63144

Christopher Salmon
8027 Weeping Willow Ct
Ft Wayne, IN 46815

Christopher Wheelock
512 broad street
hartford, CT 06106

Colin Davy
126 Frisbie Street
Oakland, CA 94611

Colin Tan
2667 45th Ave
San Francisco, CA 94116

Cory Wu
15 Nathan Ave Apt 104
Wrightsville Beach, NC 28480

Craig Tucker
1720 East Broadway Apt D
Columbia, MO 65201

Daily Fantasy Cafe
5319 University Dr. #175
Irvine, CA 92612

Daily Fantasy Nerd, LLC
469 Kasra Dr.
Mountain View, CA 94043

Damion Parker
1 Wrencrest Court
Blythewood, SC 29016

Daniel Bollmann
619 Knollwood Dr.
Sparta, IL 62286

Daniel Hart
826 W Wolfram St. Unit B
Chicago, IL 60657

Daniel Keys
1122 University Ave. Apt 311
Berkeley, CA 94702

Danielle Frisina
120 Vantis Drive #300
Aliso Viejo, CA 92656

Dave Zanders
5785 W. Ohara Ct.
Boise, ID 83703

David Carruth
2141 Wyoming Ave NW Apt. 1
Washington, DC 20008

David Coyle
3536 W Ohio Ave
Milwaukee, WI 53215

David Cummings
628 Woodland Forest Ct.
Wilmington, NC 28403

David Danushevsky
1144 S Logan St
Denver, CO 80210

David Lerman
3224 Ayr Lane
Dresher, PA 19025

David Mark
1728 Violet Pl
Middleton, WI 53562

David Winkler
608 South Matanzas AV
Tampa, FL 33609

Derek Partridge
132 Deer Run Drive
Alabaster, AL 35007

Devin Frank
20021 Fulkert Rd
Genoa, OH 43430

DLA Piper Canada LLP
#1000 Livingston Place West
250 2nd St SW
Calgary, AB T2P 0C1
Calgary Canada

Dominic McDaid
3 Roberts Loop
Cascade, ID 83611

Earl Mitchell
6211 Manor Rd.
Austin, TX 78723

Encore Office Systems
120 Vantis, Ste 300
Aliso Viejo, CA 92656

Encore Offices, LLC
120 Vantis, Suite 300
Aliso Viejo, CA 92656

Eric Chan
10159 lodestone way
parker, CO 80134

Eric Ruh
7045 Shane Lane
Cumming, GA 30028

Erik Wardenburg
1037 Waverley St.
Palo Alto, CA 94301

Fantasy Alarm
419 main st #130
Huntington Beach, CA 92648

Fantasy Alarm
420 main st #130
Huntington Beach, CA 92648

Franchise Tax Board
Bankruptcy, PIT MS A340
PO Box 2952
Sacramento, CA 95812-2952

Frank Ambrosio
213 Braxcarr St
Holly Springs, NC 27540

Frank De La Rosa
7871 Santa Monica Ave
Stanton, CA 90680

Genaro Yoguez
2841 S. Virginia Pl
Ontario, CA 91761

Gerard Rosetti
1165 Bryn Mawr Dr
Yuba City, CA 95993

grant neiffer
5768 aldama st. apt 203
los angeles, CA 90042

Greenbaum Law Group, LLP
Patricia R. Valenzuela, Esq.
840 Newport Center Drive, Ste 720
Newport Beach, CA 92660

Greg Ehrenberg
4 Meadow Drive
Warren, NJ 07059

Gregory Czechowicz
1605 Amyclae Drive
Bel Air, MD 21015

Harvey Harris
14 Ruby Court
Newtown, PA 18940

Helen Mosby
8048 Rail Road Ave.
Comumbia, SC 29203

Internal Revenue Service
Mail Stop 5503 Insolvancy Group 7
24000 Avila Road
Laguna Niguel, CA 92677

Jamie Bogle
120 Vantis Drive, Ste 300
Aliso Viejo, CA 92656

Jared Terry
1323 Jackson Street Apt 607
Omaha, NE 68102

Jason Baumgardner
1727 E 1st Street
Long Beach, CA 90802

Jason Eliot
97 Gloucester Ave
Gloucester, MA 01930

Jason Fandrich
8211 Hamden Circle E
Jacksonville, FL 32244

Jason Lim
1104 milky way
Cupertino, CA 95014-5009

Jason Rosol
221 Cypress Hill Dr
Pittsburgh, PA 15235

Jason Terryn
1018 N Beechwood Dr
Ludington, MI 49431

Jason Tovar
6220 Echo St.
Los Angeles, CA 90042

Jason Westby
1718 4th Ave E
West Fargo, ND 58078

Jeff Matthews
1841 N. Riley
Indianapolis, IN 46218

Jeff Pasquino
7630 Bluff Point Lane
Elkridge, MD 21075

Jeffrey Rapaport
29 Longridge Court
Buffalo Grove, IL 60089

Jibin Park
5598 Elsinore Ave.
Buena Park, CA 90621

Joe Cupp
5314 Streefkerk Dr
Warren, MI 48092

John Apricena
103 Stevens Ave
Little Fills, NJ 07424

John Lauer
26 Lost Valley Court
Saint Peters, MO 63376

John Onorato
1612 72 street
brooklyn, NY 11204

John Robinson
150 E. Queenwood B8
Morton, IL 61550

John Wolfe
19506 Waverunner Lane #201
Cornelius, NC 28031

Jonathan Marciani
7 Bartholf Lane
Mahwah, NJ 07430

Jordan Ciccarello
1846 W School Street Apt. Rear
Chicago, IL 60657

Jordan Stroschein
S23W22852 Hinsdale RD
Waukesha, WI 53186

Jordan Wirth-Davis
819 Millwood Ave.
Roseville, MN 55113

Josh Harden
510 Valley View Dr.
Philo, Il 61864

Justin Carpenter
101 Portico Court 101
coeur d alene, ID 83815

Justin Hume
135 Atlantic Ave Apt 7
BROOKLYN, NY 11201

Justin Hume
135 Atlantic Ave, Apt 7
Brooklyn, NY 11201

Justin Van Zuiden
2110 E 39th Street
Sterling, IL 61081

Kelly Resner
250 Edwards Drive, Unit 158
Edminton, Canada 16X TGT

Kendall, Koenig, & Oelsner
999 Eighteenth Street, Suite 1825
Denver, CO 80202

Kenneth Atwood
2708 Spencers trce NE
Marietta, GA 30062

Kevin Joerger
100 S 19th St, Apt 1225
Omaha, NE 68102

Kevin Mount
834 W. Lafayette Street
Eston, PA 18042

Kevin OBrien
122 Sterling Ave
Yonkers, NY 10704

Kevin Segalla

Kristen Belaire
1110 A Church St.
Mobile, AL 36604

Kurt Ritz
707 Sheila Dr
Cedar Park, TX 78613

Lance Shull
408 Cedar Hill Lane
Raleigh, NC 27609

larry reese
18712 Fontana street
Columbus, MN 55092

Lucas Le

Marco Tomasello
8000 Uptown Avenue Apt 3120
Broomfield, CO 80021

Marco Tomasello
10423 Golf Course Rd
Ocean City, MD 21842

Mario Puig
314 North Ingersoll #2
Madison, WI 53703

Mark Marseilles
2296 Bear Rock Gln
Escondido, CA 92026

Mark Marseilles
2296 Bear Rock Glen
Escondido, CA 92026

Mark Somers
3A Clark St
Somerville, MA 02143

Mark Williams
2726 Sunshade Ct.
Pearland, TX 77584

Marvin L. Smith
120 Vantis Drive, Ste 300
Aliso Viejo, CA 92656

matt bell
15 Melber Rd
Hickory, KY 42051

Matt Pierce
2630 Glenny Lane
West Mifflin, PA 15122

Matt Rolder
29272 Brody Avenue
Westland, MI 48185

Matt Sizemore
2718 Gaspar Ct.
Palo Alto, CA 94306

matt weaver
7474 Tanglewood Rd
Richmond, VA 23225

Matthew Stubblefield
112 Glenbrook
Calera, OK 74730

Mehul Patel
27 Harvard Rd
Parlin, NJ 08859

Mel Clifford
7383 Meadow Grass Ct S
Cottage Grove, MN 55016

Melissa Payzant
72 Pleasant Hill Rd.
Rfreeport, ME 04032

Michael Franz
2400 Webberville Rd. Unit 1
Austin, TX 78702

Michael Hicks
1133 Sinclair St
Fort Wayne, IN 46808

Michael Keller
9100 Westminster
Aubrey, TX 76227

Michael Kurtz
400 W Snyder St
Selinsgrove, PA 17870

Michael McIlraith
11109 Otsego St. Apt 104
North Hollywood, CA 91601

Michael Olsen
120 Vantis Drive, Ste 300
Aliso Viejo, CA 92656

michael Wolf
805 SE 3rd Ave. #1011
Ft Lauderdale, FL 33316

Mike O'Bryan
803 6th Street South
Virginia, MN 55792

Mike Rael
18504 beach blvd #643
Huntington Beach, CA 92648

Mississippi Gaming Commission
P.O. Box 23577
Jackson, MS 39225-3577

Mitchell Snyder
13257 Fieldstone Rd.
Fort Worth, TX 76244

MPN CPA Firm
Attn: Rob Reimer
1500 640 5th Avenue SW
Calgary, AB T2P 3G4
Calgary, Canada

Newman Law LLC
365 E Pilot Rd, Suite D
Las Vegas, NV 89119

Nicholas Crepas
449 East Arenas Road Apt. 201
Palm Springs, CA 92262

Nicholas Ham
36 Walnut St
West Bridgewater, MA 02379

Nicholas Hoberg
64 Moreland Ave SE
Atlana, GA 30316

Nicholas Tasso
25 Toppa Blvd
Newport, RI 02840

Nolan katz
132 Penn Ave
Staten Island, NY 10306

Patrick Chance
9667 Knight Lane
Frisco, TX 75035

Patrick Wallace
13316 East Lane
Saint Louis, MO 63128

Peter Miceli
1007 Pine View
New Windsor, NY 12553

Philip Rose
485 NW Dover Ct.
Port St. Lucre, FL 34983

Rahim Damji
120 Towne Street, Apt. 461
Stamford, CT 06902

Raymond Reper
75 Robbins Road
Branchburg, NJ 08876

Real NFL Online Marketing
1 Kingsgate Cres.
Etobicoke, On, Canada M9P 3E2

RiCal - Roto Grinders
209 10th Ave S, Unit 301
Nashville, TN 37203

Robert Coppola
50 Washington Ave
Mastic Beach, NY 11951

Robert McGeehan
142 Boston St #2
Boston, MA 02125

Robet Poe
2826 Kavalicy Drive
Palm Harber, FL 34684

Rodney Matthews
5619 WENLOCK STREET
LOS ANGELES, CA 90016

Ron Hallagan
1207 Chateau Drive
San Jose, CA 95120

Ron Neach
119 Glen Ct
Danville, CA 94526

Roto Baller
20 Whitman Road
Great Neck, NY 11023

Roto Grid, LLC
132 W 31st Street, 8th Floor
New York, NY 10001

Roto Sports Inc.
740 Regent St. Suite 200
Madison, WI 53715

Ryan DeMoor
2286 Granite St. SE
Grand Rapids, MI 49508

Ryan Moyer
201 Middle Park Dr
Souderton, PA 18967

Ryan Scott
1331 Colonial Lane
Bryan, OH 43506

Ryan Yahrmatter
2804 Murray Hil Pike
Louisville, KY 40242

Saritasa
20411 Birch St., Suite 330,
Newport Beach, CA 92660

Scott Shapiro
9203 City Lights Drive
Aliso Viejo, CA 92656

Sean Koerner
2249 W Paseo Del Mar
San Pedro, CA 90732

Shelby Groh
1500 NE Bluff Street
Lees Swmmit, MD 64086

Small Business Law Group
9110 Irvine Center Drive
Irvine, CA 92618

Small Cap Power
1700 333 Bay Street
Bay Adelaide Centre Toronto

Social Growth Technologies, Inc.
c/o Greenbaum Law Group, LLP
840 Newport Center Drive, Ste 720
Newport Beach, CA 92660

Spencer Limbach
8930 Berg Dr
Lincoln, NE 68505

Stephen Doherty
16 Cutler Road
Andover, MA 01810

Stephen Young
914 Marlboro Dr.
Deland, FL 32720

Steve Buzzard
14 Crawford LN
Lakewood, NY 14750

Steve Repsold
3510 SW 30th Way Apt 159
Gainesville, FL 32608

Thad Houston
16209 Blackpool Court
Huntersville, NC 28078

Theo Tran
2207 Spanish Ct
San Jose, CA 95121

Thomas Crowley
322 S Davie St, apt. 302
Greensburo, NC 27401

Thomas Frisina
120 Vantis Drive, Ste 300
Aliso Viejo, CA 92656

Thomas Tangtiphaiboontana
23 Rushmore Dr
Florham Park, NJ 07932

Tim O'Keefe
13 Aston Ct
Aston, PA 19014

Timothy Eshleman
12350 Howard Lodge Drive
Sykesville, MD 21784

Timothy Evans
8555 Sutton Rd
Britton, MI 49229

Tony Eddy
9799 Fiddleck Ct
Elk Grove, CA 95757

Trent Frisina

Trent Frisina
7 Mayfair
Aliso Viejo, CA 92656

Warren Slickers
109 Larkspur Dr
Quaryville, PA 17566

William Bartholmey
5608 N. Walnut Rd.
North Little Rock, AR 72116

William Crane
9144 Woodthrush Cir
Sandy, UT 84093

William Lauterbach
15425 Glenhurst
Southgate, MI 48195

William Marseilles
833 Twin Hills Dr.
Banning, CA 92220

William Sherer
812 Carpenter Ave, Apt 1N
Oak Park, IL 60304

William Wightman
52 Dana Ave
Hyde Park, MA 02136

1/31/17 1:02PM

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Bert Briones**<br>**38 Corporate Park, Ste 31**<br>**Irvine, CA 92606**<br>**714-733-4455 Fax: 714-464-4627**<br>California State Bar Number:<br>**bb@redhilllawgroup.com**<br><br>☑ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Fantasy Aces LP**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **7**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Thomas Frisina** , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

1/31/17 1:02PM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [x] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [x] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date

By: ______________________
Signature of Debtor, or attorney for Debtor

Name: **Thomas Frisina**
Printed name of Debtor, or attorney for Debtor