Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | | |
|---|---|---|
| In re:<br>Fantasy Aces LP<br><br>Debtors(s) | § § § § § § | Case No.  8:17-bk-10359-ES |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Richard A. Marshack (TR), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> UNITED STATES BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> 411 W. FOURTH STREET, SUITE 2030
> SANTA ANA, CA 92701

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:30 a.m. on August 22, 2019 in Courtroom 5A, United States Courthouse, located at 411 W. Fourth Street, Santa Ana, CA 92701. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  07/22/2019            By :  /s/ Richard A. Marshack
                                          Trustee

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Case No.   8:17-bk-10359-ES |
| Fantasy Aces LP | § | |
| | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,534,585.85 |
| and approved disbursements of | $ | 1,281,103.82 |
| leaving a balance on hand of: | $ | 253,482.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: Richard A. Marshack | $ 69,287.58 | $ 0.00 | $ 69,287.58 |
| Trustee, Expenses: Richard A. Marshack | $ 1,439.51 | $ 0.00 | $ 1,439.51 |
| Attorney for Trustee, Fees: Marshack Hays LLP | $ 186,474.50 | $ 168,142.50 | $ 18,332.00 |
| Attorney for Trustee, Fees: RUTAN & TUCKER, LLP | $ 98,035.00 | $ 98,035.00 | $ 0.00 |
| Attorney for Trustee, Expenses: Marshack Hays LLP | $ 11,121.25 | $ 10,894.82 | $ 226.43 |
| Attorney for Trustee, Expenses: RUTAN & TUCKER, LLP | $ 4,673.13 | $ 4,673.13 | $ 0.00 |
| Accountant for Trustee, Fees: Karl T. Anderson, CPA, Inc. | $ 19,325.00 | $ 9,387.50 | $ 9,937.50 |
| Accountant for Trustee, Expenses: Karl T. Anderson, CPA, Inc. | $ 979.48 | $ 596.77 | $ 382.71 |
| Other Professional, Fees: Network Designs, Inc. | $ 2,250.00 | $ 2,250.00 | $ 0.00 |
| Charges: U.S. Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS | $ 4,414.54 | $ 0.00 | $ 4,414.54 |
| Other: Internal Revenue Service, Insolvency Group 1 Mailstop | $ 6,632.23 | $ 0.00 | $ 6,632.23 |

UST Form 101-7-NFR (10/1/2010) (Page 2 )

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | | $ 111,002.50 |
| Remaining Balance | | | $ 142,479.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,510.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| AMD000 | FRANCHISE TAX BOARD, BANKRUPTCY | $ 3,356.59 | $ 0.00 | $ 3,356.59 |
| 00018 | Michael Olsen | $ 18,154.15 | $ 0.00 | $ 18,154.15 |
| | Total to be paid to priority creditors | | | $ 21,510.74 |
| | Remaining Balance | | | $ 120,968.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $462,748.50 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.2 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Callahan & Blaine, APLC Client Trust | $ 65,000.00 | $ 65,000.00 | $ 0.00 |
| AMD000 | Internal Revenue Service, Insolvency | $ 14,040.00 | $ 0.00 | $ 4,270.04 |
| AMD000 | FRANCHISE TAX BOARD, BANKRUPTCY | $ 1,440.63 | $ 0.00 | $ 438.14 |
| 00002 | Rotoballer, LLC, c/o Alex Roberts | $ 12,225.00 | $ 0.00 | $ 3,718.04 |
| 00003 | Fantastic Technologies Incorporated | $ 15,760.00 | $ 0.00 | $ 4,793.16 |
| 00004 | Encore Offices, LLC, Diane Kampner | $ 4,025.71 | $ 0.00 | $ 1,224.36 |
| 00005 | Roto Sports, Inc | $ 36,200.00 | $ 0.00 | $ 11,009.66 |
| 00008 | Lucas T Le | $ 50,000.00 | $ 0.00 | $ 15,206.71 |
| 00010 | Small Business Law Group | $ 525.00 | $ 0.00 | $ 159.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00012 | TSX Venture Exchange INC | $ 5,876.00 | $ 0.00 | $ 1,787.09 |
| 00014 | Fantasy Sports Network Inc | $ 55,250.00 | $ 0.00 | $ 16,803.42 |
| 00015 | Daily Fantasy Nerd, LLC, Eric Peng | $ 9,900.00 | $ 0.00 | $ 3,010.93 |
| 00016 | Harvey Harris | $ 800.00 | $ 0.00 | $ 243.31 |
| 00017 | American Express Bank, FSB | $ 53,984.17 | $ 0.00 | $ 16,418.44 |
| 00022 | Cameron Thomson, 390 Bay Street, | $ 22,500.00 | $ 0.00 | $ 6,843.02 |
| 00023 | Jordan Wirth-Davis | $ 15,221.99 | $ 0.00 | $ 4,629.53 |
| 00024 | CFC Capital, LLC | $ 100,000.00 | $ 0.00 | $ 30,413.27 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 120,968.79 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Richard A. Marshack
                          Trustee

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.